RECEIVED
IN LAKE CHARLES, LA
JUN 27 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| RODERICK SINEGAL | CIVIL ACTION NO. 05-2146-LC |
| VS. | SECTION P |
| TERRY TERRELL, ET AL | JUDGE MINALDI |
| | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C.1915(e)(2).

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this 26 day of June, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE